Albro J. Newton Company, Respondent, v. Henry Erickson and Others, Individually and as Business Agents of the Joint District Council of New

* See Laws of 1902, chap. 580, § 274, as amd. by Laws of 1907, chap. 425. — [REP.

York and Vicinity of the United Brotherhood of Carpenters and Joiners of America and Amalgamated Society of Carpenters and Joiners of America and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

. Johana O'Connor, Appellant, v. Supreme Council, Catholic Benevolent Legion, Respondent.— Judgment and order affirmed, with costs. No opinion. . Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.